AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TOVA BRYSKI, individually, and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, a Ohio Corporation <br><br> *Defendant(s)* | Civil Action No. 0:21cv62285 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE PROCTER & GAMBLE COMPANY,
a Ohio Corporation
c/o CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Yitzhak Levin, Esq.
Levin Litigation, PLLC
3475 Sheridan Street, Ste. 311
Hollywood, Florida 33021
(954) 678-5155 - Telephone
(954) 678-5156 – Facsimile
ylevin@levinlitigation.com - E-Mail
service@levinlitigation.com - E-Service

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                    _____
*Signature of Clerk or Deputy Clerk*